```
Label Matrix for local noticing        1100 Commerce Street                Agile Premium Finance
0539-3                                 Room 1254                           PO Box 549
Case 20-31598-sgj7                     Dallas, TX 75242-1305               Newark NJ 07101-0549
Northern District of Texas
Dallas
Tue Jul 21 13:05:51 CDT 2020

Attorney General  State of Texas       BMO Harris Bank NA                  CTRMA
Collections Div Bankruptcy             PO Box 71951                        PO Box 3649
PO Box 12017  OAG CSC MC 38            Chicago  IL 60694-1951              Pflugerville  TX 78691-3649
Austin  TX  78711 2017


DAT Solutions                          (p)DE LAGE LANDEN FINANCIAL         Delaware Dept of Transportation
PO Box 3801                            ATTN LITIGATION & RECOVERY          PO Box 697
Philadephia  PA 19146-0101             1111 OLD EAGLE SCHOOL ROAD          Dover  DE 19903-0697
                                       WAYNE PA 19087-1453


E470 Public Highway Authority          ELD Solutions                       (p)ENGS COMMERCIAL FINANCE CO
PO Box 5470                            5210 Maryland Way  Suite 100        1 PIERCE PLACE SUITE 1100 WEST
Denver  CO 80217-5470                  Brentwood  TN 37027-5065            ITASCA IL 60143-3149


Feji Transporters LLC                  Harris County Toll Road Authority   IRS CIO
329 Bitterroot Ct                      PO Box 4440  Dept 8                 PO Box 7346
Forney, TX 75126-2260                  Houston  TX 77210-4440              Philadelphia  PA  19101 7346


Linebarger Goggan Blair and Sampson LLP  NTTA                              Penske Truck Leasing Co LP
11001 W 120th Ave  Suite 215           5900 W Plano Pkwy                   PO Box 802577
Broomfield  CO 80021-8037              Plano  TX 75093-4695                Chicago  IL 60680-2577


Penske Truck Leasing Co., L.P.         PrePass                             Professional Account Management LLC
PO Box 563                             101 N First Ave  Suite 2200         PO Box 863867
Reading, PA 19603-0563                 Phoenix  AZ 85003-1908              Plano  TX 75086-3867


Public Storage                         Ryder Truck Rental Inc              State Comptroller of Public Accounts
11434 Sprowles St                      6000 Windward Pkwy                  111 E 17th St
Dallas  TX 75229-2117                  Alpharetta  GA 30005-8882           Austin, TX 78774-0100


Sumitomo Mitsui Finance and Leasing    Synter Resource Group LLC           TPS CCRMA
666 Third Ave  8th Floor               PO Box 63247                        3461 Carmen Ave
New York  NY 10017-4033                N Charleston  SC 29419-3247         Rancho Viejo  TX 78575-5221


TX Tag                                 Tahari Enterprises Inc              Texas Workforce Commission
PO Box 650749                          11300 Kline Dr                      TEC Bldg, Tax Dept
Dallas  TX  75265 0749                 Dallas  TX 75229-3108               Austin, TX 78778-0001
```

| | | |
|---|---|---|
| Time Warner Cable  Spectrum<br>PO Box 60074<br>City of Industry  CA 91716-0074 | Truckstop.com<br>PO Box 99<br>New Plymouth  ID 83655-0099 | US Attorney General<br>Department of Justice<br>950 Pennsylvania Ave NW<br>Washington DC  20530-0001 |
| US Attorney General<br>Department of Justice<br>Main Justice Building<br>10th and Constitution Ave NW<br>Washington DC  20530-0001 | US Bank Equipment Finance<br>1310 Madrid St<br>Marshall  MN 56258-4099 | United States Attorney<br>1100 Commerce, Suite 300<br>Dallas, TX 75242-0397 |
| United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | Veterans Administration<br>1400 N Valley Mills Dr<br>Waco, TX 76710-4432 | Wabash National Financial Services<br>655 Business Center Dr  Suite 250<br>Horsham  PA 19044-3448 |
| William T Neary  US Trustee<br>1100 Commerce St  Room 9C60<br>Dallas  TX 75242-1001 | Mark S. Rubin<br>Rubin & Associates, P.C.<br>13601 Preston Rd, Suite 500E<br>Dallas, TX 75240-4964 | Scott M. Seidel<br>Seidel Law Firm<br>6505 W. Park Blvd., Suite 306<br>Plano, TX 75093-6212 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| De Lage Landen Financial Services Inc<br>PO Box 41602<br>Philadelphia  PA  19101 | Engs Commercial Finance Co<br>1 Pierce Pl   Suite 1100<br>Itasca  IL  60143 | End of Label Matrix<br>Mailable recipients    41<br>Bypassed recipients     0<br>Total                  41 |